**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

KAREN MCCLARNON,

Plaintiff

v.

LOWE'S HOME IMPROVEMENT, LLC,

Defendant.

§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 6:26-cv-00200

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Lowe's Home Centers, LLC (incorrectly identified as Lowe's Home Improvement, LLC), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that Lowe's Home Centers, LLC is a limited liability company organized under the laws of the State of North Carolina. Lowe's Home Centers, LLC has only one member, Lowe's Companies, Inc., a publicly held corporation organized under the laws of North Carolina. No other entity has an ownership interest in Lowe's Home Centers, LLC of 10% or more.

Pursuant to this Court's Standing Order JDK-7-1, Defendant Lowe's Home Centers, LLC further states that, other than Plaintiff Karen McClarnon, Lowe's Home Centers, LLC, Lowe's Companies, Inc. (NYSE: LOW) and its shareholders, and the attorneys of record, Defendant Lowe's Home Centers, LLC is not aware of any other persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

-2-

DATED:  May 28, 2026

Respectfully submitted,

LOWE'S HOME CENTERS, LLC


By: */s/ Alan J. Marcuis*
    Alan J. Marcuis
    Texas Bar No. Bar No. 24007601
    amarcuis@seyfarth.com
    Lukas Moffett
    Texas Bar No. 24116777
    lmoffett@seyfarth.com
    SEYFARTH SHAW LLP
    2323 Ross Ave., Suite 1660
    Dallas, Texas 75201
    Telephone: (469) 608-6700
    Facsimile: (713) 225-2340

    **ATTORNEYS FOR DEFENDANT**
    **LOWE'S HOME CENTERS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** to be served upon the

following, by the Court's ECF system, on this 28th day of May 2026:

Daryl J. Sinkule
Shellist, Lazarz, Slobin, LLP
3710 Rawlins, Suite 1420
Dallas, TX 75219
Houston, TX 77007-2519
Tel.: 214-379-0831
Fax: 972-478-4448
Email: dsinkule@eeoc.net

**ATTORNEY FOR PLAINTIFF**

_/s/ Alan J. Marcuis_
Alan J. Marcuis

**ATTORNEY FOR DEFENDANT
LOWE'S HOME CENTERS, LLC**

-3-