EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

KAREN MCCLARNON
_____

Plaintiff

v.                                              Civ. No. 6:26-cv-00200
                                                         _____

LOWE'S HOME IMPROVEMENT, LLC
_____

Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:   Lowe's Home Centers, LLC (incorrectly identified as Lowe's Home Improvement, LLC

Date Party's answer was originally due:                              05/29/2026

Date Party's answer is now due (must not exceed 45 days after original due date):   06/12/2026


Date: 05/28/2026          /s/ _Alan J. Marcuis_____
                          Full Name: Alan J. Marcuis
                          State Bar No.: 24007601
                          Address: 2323 Ross Avenue, Suite 1660
                                   Dallas, Texas 75201


                          Phone: (469) 608-6700
                          Fax: (713) 225-2340
                          Email: amarcuis@seyfarth.com


**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the _Unopposed Application for Extension of Time to Answer Complaint_ event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)