**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **KAREN MCCLARNON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 6:26-cv-00200** |
| | § | |
| **LOWE'S HOME IMPROVEMENT,** | § | |
| **LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**

Karen McClarnon, Plaintiff herein, advises this Honorable Court that Plaintiff's counsel,

Daryl J. Sinkule, formerly affiliated with Kilgore & Kilgore, PLLC, is affiliated with a new law

firm. The new law firm and address of Mr. Sinkule are as follows:

Shellist | Lazarz | Slobin, LLP
3710 Rawlins, Suite 1420
Dallas, Texas 75219
Telephone: (214) 379-0831
Facsimile: (972) 478-4448
Email: dsinkule@eeoc.net

Respectfully submitted,

**SHELLIST | LAZARZ | SLOBIN, LLP**

By: */s/ Daryl J. Sinkule*
    Daryl J. Sinkule
    State Bar No. 24037502
    dsinkule@eeoc.net
    3710 Rawlins, Suite 1420
    Dallas, Texas 75219
    Telephone: (214) 379-0831
    Facsimile: (972) 478-4448

    **ATTORNEYS FOR PLAINTIFF**
    **KAREN MCCLARNON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the electronic filing system for the United States District Court for the Eastern District of Texas on this, the 26th day of June, 2026.

Alan J. Marcuis
Lukas Moffett
Seyfarth Shaw LLP
2323 Ross Ave., Suite 1660
Dallas, Texas 75201

*/s/ Daryl J. Sinkule*
Daryl J. Sinkule

2